# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CANDACE RIVERS;** ] | |
| ] | |
| **Plaintiff,** ] | |
| v. ] | **Case No. 1:21-cv-01226-ACA** |
| ] | |
| **NOOM, INC.;** ] | |
| ] | |
| **Defendant.** ] | |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

COMES NOW, the Plaintiff Candace Rivers ("Plaintiff Rivers") and respectfully files the following response to the Court Order to Show Cause (Doc. 2). The Plaintiff has filed an amended complaint in this matter (Doc. 3). The Plaintiff has served a copy of the amended complaint, along with Waiver of Service forms pursuant to Fed.R.Civ.P. 4(d). (Doc. 4).

    Respectfully submitted,

    *s/ H. Gregory Harp*
    H. Gregory Harp (asb-0904-t75h)
    GREGORY HARP LLC
    Post Office Box 26
    Trussville, Alabama 35173
    gh@gregoryharplaw.com
    205.291.0088