# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CANDACE RIVERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.: 1:21-cv-01226-ACA |
| **NOOM, INC.,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, Nicholas B. Sparks, and enters his appearance as attorney of record for the Plaintiff in the above referenced case and requests that the clerk and all parties of record serve him with a copy of all pleadings and orders at the following address:

Nicholas B. Sparks
c/o Nicholas Sparks Injury Law, LLC
P.O. Box 729
Jasper, AL 35502
205-387-8282
NicholasSparksLaw@gmail.com

Respectfully Submitted,

*s/Nicholas B. Sparks*
Nicholas B. Sparks (asb-6694-n68s)
Co-Counsel for Plaintiff

Cc:   Hon. Greg Harp, Esq., via CM/ECF