FILED
2022 May-06 PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| CANDACE RIVERS<br><br>Plaintiff,<br><br>v.<br><br>NOOM, INC.<br><br>Defendant. | No. 1:21-CV-01226-CLM |

**NOOM'S OPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED BRIEF EXCEEDING PAGE LIMITATION AND FOR AN ORDER ALIGNING THE BRIEFING SCHEDULE**

Defendant Noom, Inc. ("Noom") respectfully moves this Court for leave to file a consolidated brief that would exceed the page limitation provided in this Court's April 22, 2022 Order (ECF No. 27) by five (5) pages and for an order aligning the deadline for Noom's opposition to Plaintiff's Motion for Leave to Conduct Limited Jurisdictional with the May 13, 2022 deadline for Noom's reply brief in support of its Motion to Dismiss. Plaintiff's counsel has indicated, without explanation, that Plaintiff opposes the motion.

In support of this Motion, Noom states as follows:

1. On April 21, 2022, Noom filed its Motion to Dismiss the Second Amended Complaint and its Memorandum of Law in support thereof. ECF Nos. 24-25.

2. On April 22, 2022, this Court entered an Order providing a limitation of ten (10) pages for Noom's reply brief in support of its Motion to Dismiss. ECF No. 27.

3. Following entry of that Order, Plaintiff filed the following: (a) a Response in Opposition to the Motion to Dismiss (ECF No. 28); and (b) a Motion for Leave to Conduct Jurisdictional Discovery and Memorandum of Law in support thereof (ECF Nos. 29-30).

4. To simplify the record, Noom seeks leave to file a consolidated brief addressing Plaintiff's Opposition and Motion for Leave to Conduct Jurisdictional Discovery. In order to adequately respond to the issues raised in Plaintiff's filings, Noom further requests that the Court extend the page limitation set in its April 22, 2022 Order by five (5) pages to a total length of fifteen (15) pages.

5. Noom further requests that the Court align the deadline for Noom to respond to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery with the May 13, 2022 deadline for Noom to file its reply brief in support of its Motion to Dismiss.

5. The proposed consolidated brief, modest page extension, and alignment of deadlines will not prejudice any party and will promote judicial economy.

WHEREFORE, PREMISES CONSIDERED, Noom respectfully requests leave to file a consolidated brief that would exceed the page limit set in this Court's

April 22, 2022 Order by five (5) pages and respectfully requests that the Court align the deadline for Noom's opposition to Plaintiff's Motion for Leave to Conduct Limited Jurisdictional with the May 13, 2022 deadline for Noom's reply brief in support of its Motion to Dismiss.

DATED: May 6, 2022

Respectfully Submitted,

/s/ Jay M. Ezelle
Jay M. Ezelle
Michael R. Lasserre
STARNES DAVIS FLORIE, LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209
Phone: (205) 868-6000
Fax: (205) 868-6099
*jezelle@starneslaw.com*
*mlasserre@starneslaw.com*

John Quinn (admitted *Pro Hac Vice*)
Maximillian L. Feldman (admitted *Pro Hac Vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Phone: (212) 763-0883
*jquinn@kaplanhecker.com*
*mfeldman@kaplanhecker.com*

*Attorneys for Noom, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

H. Gregory Harp
GREGORY HARP LLC
459 Main Street
Suite 101-266
Trussville, AL 35173
205-544-3132
Fax: 205-769-1414
Email: gh@gregoryharplaw.com

Nicholas B. Sparks
Nicholas Sparks Injury Law, LLC
P O Box 729
Jasper, AL 35502
205-387-8282
Fax: 205-387-8212
Email: nicholassparkslaw@gmail.com

/s/ Jay M. Ezelle