# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

**CANDACE RIVERS**

                      **Plaintiff,**                    No. 1:21-CV-01226-CLM

    **v.**

**NOOM, INC.**

                      **Defendant.**

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Candace Rivers, and Defendant Noom, Inc., that the above-captioned matter, in its entirety, shall be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

AGREED: Monday, April 17, 2023

| *s/ H. Gregory Harp* | *s/ John Quinn, Esq.* |
|---|---|
| H. Gregory Harp | John Quinn, Esq. (admitted *Pro Hac Vice*) |
| GREGORY HARP LLC | Maximillian Feldman, Esq. (admitted *Pro Hac Vice*) |
| Post Office Box 26 | KAPLAN HECKER & FINK LLP |
| Trussville, Alabama 35173 | 350 Fifth Ave., Suite 7110 |
| 205.291.0088 | New York, New York 10118 |
| *gh@gregoryharplaw.com* | Tel: (212) 763-0883 |
| | jquinn@kaplanhecker.com |
| | mfeldman@kaplanhecker.com |

Nicholas Sparks, Esq.  
Nicholas Sparks Injury Law  
Post Office Box 729  
Jasper, Alabama 35501  
Phone: 205.387.8282  
*nicholarsparkslaw@gmail.com*

*Attorneys for Candace Rivers*

Jay M. Ezelle, Esq.  
Michael R. Lasserre, Esq.  
STARNES DAVIS FLORIE, LLP  
100 Brookwood Place, Seventh Floor  
Birmingham, AL 35209  
Phone: (205) 868-6000  
Fax: (205) 868-6099  
*jezelle@starneslaw.com*  
*mlasserre@starneslaw.com*

*Attorneys for Noom, Inc.*

**SO ORDERED:**

Dated: Anniston, AL  
      April \_\_\_\_\_, 2023

_____  
Honorable Corey L. Maze  
United States District Judge