# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**CANDACE RIVERS,**
    Plaintiff,

v.

**NOOM, INC.,**
    Defendant.

**Case No.: 1:21-cv-1226-CLM**

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. 46).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED:  April 17, 2023

                              GREER M. LYNCH, CLERK

                              By: */s/* Krysti Miller

                                    Deputy Clerk